# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-2172

_____

Oscar Stilley,

      Appellant,

    v.

Betty Dickey, in her official capacity
as Chief Justice of the Arkansas
Supreme Court (for the "official"
capacity claims against former Chief
Justice W. H. "Dub" Arnold); Robert
Brown, in his individual capacity and in
his official capacity as a Justice of the
Arkansas Supreme Court; Tom Glaze,
in his individual capacity and in his
official capacity as a Justice of the
Arkansas Supreme Court; W. H.
Arnold, in his individual capacity;
originally sued as W. H. "Dub"
Arnold; Donald L. Corbin, in his
individual capacity and in his
official capacity as a Justice of the
Arkansas Supreme Court; Annabelle
Clinton Imber, in her individual
capacity and in her official capacity as
a Justice of the Arkansas Supreme
Court; Jim Hannah, in his individual
capacity and in his official capacity as
a Justice of the Arkansas Supreme
Court,

      Appellees.

\* Appeal from the United States
\* District Court for the
\* Eastern District of Arkansas.

\* [UNPUBLISHED]

_____

Submitted:   January 6, 2005
Filed:    January 11, 2005

_____

Before MURPHY, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Oscar Stilley appeals the district court's[1] dismissal under Younger v. Harris, 401 U.S. 37 (1971), of his 42 U.S.C. §§ 1983, 1985, and 1988 complaint against defendant justices of the Arkansas Supreme Court. He also appeals the denial of his motion for reconsideration. Having carefully reviewed the record, we conclude that the district court did not abuse its discretion in determining that abstention was appropriate, and in denying the motion for reconsideration. Accordingly, the judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____

_____

[1] The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.